PROB 12B
(7/93)

# United States District Court

for

## District of New Jersey

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Wilfredo Sosa                                      Cr.: 05-00446-001

Name of Sentencing Judicial Officer: Honorable Anne E. Thompson

Date of Original Sentence: 11/16/05

Original Offense: Conspiracy and Possession of Counterfeit Credit Cards

Original Sentence: 15 months imprisonment to run consecutive to a state term; 2 years supervised release; $1,243.92 restitution; $100 special assessment. Special conditions: financial disclosure, no new debt, and DNA collection.

Type of Supervision: Supervised Release                     Date Supervision Commenced: 10/02/07

RECEIVED JAN 3 0 2008 AT 8:30 WILLIAM T. WALSH CLERK

## PETITIONING THE COURT

[X]   To modify the conditions of supervision as follows.

The defendant shall contribute 50 hours of community service work over a period of 3 months or less from the date this petition is signed by Your Honor. Such service shall be without compensation, with the specific work placement to be approved by the U.S. Probation Office.

## CAUSE

On December 10, 2007, Sosa was arrested by the Harrison, New Jersey Police Department and charged with hindering apprehension. According to the investigative report, during a motor vehicle traffic stop in which he was the passenger, he failed to provide an officer his true name.

Respectfully submitted,

By: Joseph Empirio
U.S. Probation Officer
Date: 01/22/08

THE COURT ORDERS:

[✓] The Modification of Conditions as Noted Above
[ ] No Action
[ ] Other

Signature of Judicial Officer

1/29/08
Date

PROB 49
(3/89)

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF NEW JERSEY

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel,' I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To modify the conditions of supervision as follows. The addition of the following special condition(s):

The defendant shall contribute 50 hours of community service work over a period of 3 months or less from the date the corresponding Probation Form 12-B is signed by Your Honor. Such service shall be without compensation, with the specific work placement to be approved by the U.S. Probation Office.

Witness: _____  Signed: _____
U.S. Probation Officer             Supervised Releasee
Joseph Empirio                     Wilfredo Sosa

_____
1/22/05
DATE